# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201600439**

———————————————

**UNITED STATES OF AMERICA**
Appellee

v.

**KAYLA M. HOLLONBECK**
Aviation Ordinanceman Airman (E-3), U.S. Navy
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Ann K. Minami, JAGC, USN.
Convening Authority: Commanding Officer, USS NIMITZ (CVN 68).
Staff Judge Advocate's Recommendation: Lieutenant Commander James M. Kennedy, JAGC, USN.
For Appellant: Captain Armando A. Rodriguez-Feo, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 6 April 2017

———————————————

Before CAMPBELL, HUTCHISON, and JONES, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court